| 11/17/2020 | TUESDAY | Judge Trish M Brown |
|---|---|---|

**11:00  19-33913 tmb 7  bk  Premier Fitness LLC**

**Objection to claim 1 of ROIC Oregon, LLC Filed by Creditor Bateman Seidel Miner Blomgren Chellis & Gram, P.C. (HALL, TRAVIS) (35)**

| | |
|---|---|
| Premier Fitness LLC - db | NICHOLAS J HENDERSON |
| Bateman Seidel Miner Blomgren | TRAVIS W HALL |
| Kenneth S Eiler - tr | |

Mr. Field appeared for ROIC Oregon, LLC.

Parties hoping to litigate the matter in bankruptcy court so as to expedite matters in a pending state court action.

Discovery runs through January, and the court will notice out a Zoom trial for March 15, 2021, as well as issue an order relating to video trial requirements.